# DK DENNIS KENNY LAW

**288 North Plank Road, Newburgh, NY 12550**
Phone: (845) 566-4400 · Fax: (845) 569-0111 · Toll Free: (800) 610-4401 · (888) 2SSD-SSI
Web Site: www.denniskennylaw.com · E-Mail: denniskennylaw@cs.com

Dennis Kenny, Esq. (NY & PA)
Katherine M. Usewicz, Esq.
Jeffrey C. Leo, Esq.
Scott T. Black, Esq. (NY & CA)
Edward C. DeLauter, Esq.
Tara L. Johnsson, Esq. (FL)
Josephine Gottesman Esq.

**Of Counsel**
Evan M. Foulke, Esq. (NY & NJ)
Gregory M. Sobo, Esq.

**MEMO ENDORSED**

**VIA ECF**

December 11, 2022

Magistrate Judge James L. Cott
United States District Court
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/12/2022

RE: Mandato v. Commissioner SSA
22-CV-04000 (ALC)

Your Honor:

This office represents Plaintiff in the above-referenced Social Security appeal.

I respectfully write at this time to ask the Court for an extension of three weeks' time within which to submit Plaintiff's motion and accompanying memorandum of law. At present, these are due on December 30, 2022. I will be away from the office from December 23 through December 30 and will thus be unable to adhere to this deadline. The Commissioner has consented to this request.

This is the first request Plaintiff has made for such relief. If granted, Plaintiff's motion and brief will then be due on January 20, 2023. Defendant's cross-motion will then be due on March 21, 2023. Plaintiff's reply brief, if any, will then be due on Aril 11, 2023.

Thank you for your assistance.

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: 12/12/2022

Very truly yours,

/s/ JOSEPHINE GOTTESMAN

Cc: Sergei Aden, NY Office of General Counsel, SSA

Additional Offices At:
55 Main Street, Goshen, NY | 3344 Route 9 North, 1st Floor, Poughkeepsie, NY | 18 Computer Drive West, Suite 109, Albany, NY
The Firm Reserves The Right To Assign All Matters To Any Member Or Associate Attorney