DENNIS KENNY LAW<br>
288 North Plank Road<br>
Newburgh, NY 12550<br>
Tel: 845-566-4400<br>
Fax: 845-569-0111

**VIA ECF**
January 9, 2023

Honorable James L. Cott
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/9/2023

RE: Mandato v Commissioner SSA
22-CV-04000 (ALC) (JLC)

Your Honor:

This firm represents Plaintiff in the above-referenced Social Security appeal. I am the attorney of record.

I have previously requested and received an extension of time within which to file Plaintiff's Motion for Judgment on the Pleadings and accompanying Memorandum of Law. Pursuant to Your Honor's direction, Plaintiff's papers are now due on 1/20/23.

Unfortunately, I will have to respectfully request another extension of time. Over the last few days, the computer I use for my work crashed. As I work remotely, my computer technician had to take it into his shop in order to try and get the system up and running again. There could be a hard drive problem. This means I currently have no access to my legal research and no access to my other work files. Further, he is unsure how much of my data he can retrieve.

The attorney for the Commissioner has graciously consented to an extension of my time to file until January 31. I am respectfully requesting that Your Honor allow this second extension. The Commissioner's brief will then be due on April 3, 2023 and Plaintiff's reply, if any, will then be due on April 24, 2023.

I regret this inconvenience and respectfully ask the Court's consideration in view of this difficult issue. Thank you for your assistance.

Respectfully submitted,

JOSEPHINE GOTTESMAN

Plaintiff's motion for judgment on the pleadings is now due on or by **January 31, 2023**. Defendant's response will be due on or by **April 3, 2023** and Plaintiff's reply, if any, will be due on or by **April 24, 2023.**

Cc: Sergei Aden, Esq.
    Office of General Counsel
    Social Security Administration

SO ORDERED:

/s/ Andrew L. Carter, Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 1/9/2023